UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
         -against-                :           ORDER
                                  :
Joshua Brown (10)                 :        16-CR-212-10(LAK)
                                  :         _____
                                  :           Docket #
------------------------------------x

__Hon. Lewis A. Kaplan__, DISTRICT JUDGE:
     Judge's Name

The C.J.A. attorney assigned to this case __Daniel S. Parker__ is hereby ordered substituted
                                              Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to __Xavier Donaldson, in regards to the pending violation of supervised release__, ~~NUNC PRO TUNC~~
release against the defendant.
                                              Attorney's Name

                                        SO ORDERED.

                                        _____
                                        UNITED STATES DISTRICT JUDGE
                                        Hon. Lewis A. Kaplan

Dated:   New York, New York
         July 9, 2021