UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
:
UNITED STATES OF AMERICA
:  16 CR 212-10 (LAK)
   -against-                         :  ORDER
:
Joshua Brown
:
       Defendant
:
------------------------------------X

HONORABLE LEWIS A. KAPLAN, Senior United States District Judge:

It is hereby ORDERED that for supervised releasee JOSHUA BROWN (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; DOB 2/29/1996), the conditions of supervised release are modified to include (1) compliance with Location Monitoring technology as directed by the U.S. Probation Department, (2) home detention for Sixty (60) days, and (3) participating in a mental health treatment program as directed by the Probation Office. During the period of home detention, JOSHUA BROWN is restricted to his residence at all times except for employment, education, religious services, medical care, substance abuse treatment, mental health treatment, legal visits, court ordered obligations, and other activities as may be preapproved by the Probation Officer (Home Detention).

Dated: New York, New York
       July 21, 2021

SO ORDERED:

_____
HONORABLE LEWIS A. KAPLAN
United States District Judge

7/23/21