UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :    16CR212-10 (LAK)
     -against-                      :
                                    :    ORDER
Joshua Brown                        :
                                    :
          Defendant                 :
                                    :
------------------------------------X

HONORABLE LEWIS A. KAPLAN, United States District Judge:

It is hereby ORDERED that the supervised releasee, JOSHUA BROWN ( REDACTED ; DOB REDACTED ), conditions of supervised release are modified to include (1) compliance with Location Monitoring technology as directed by the U.S. Probation Department, (2) home detention for Sixty (60) days, and (3) participating in mental health treatment program as directed by the probation office. During the period of home detention, JOSHUA BROWN is restricted to his residence at all times except for employment, education, religious services, medical care, substance abuse treatment, legal visits, court ordered obligations, and other activities as may be preapproved by the Probation Officer (Home Detention).

     Dated: New York, New York
            July 21, 2021

                                    SO ORDERED.

                                    _____
                                    HONORABLE LEWIS A. KAPLAN
                                    Senior United States District Judge